# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV18-00136-RGK (MRWx) | Date | February 16, 2018 |
|---|---|---|---|
| Title | ***MAYRA ESPINOZA V. WINCO HOLDINGS, INC. et al*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|
| Sharon L. Williams | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

On November 16, 2017, Mayra Espinoza ("Plaintiff") filed a complaint against WinCo Holdings, Inc. ("Defendant") alleging a single claim Violation of the Unruh Civil Rights Act, California Civil Code §51 et seq. On January 5, 2018, Defendant removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendant's Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involves an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). In determining the amount in controversy, courts first look to the complaint. Generally, "the sum claimed by the plaintiff controls if the claim is apparently made in good faith." *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938). Therefore, if the complaint specifically seeks less than $75,000, removal on the basis of diversity will not be allowed unless Defendant can show that the amount pleaded was made in bad faith.

Plaintiff has alleged that she expressly limits the amount sought in the action to a total recovery not to exceed $74,999. Defendant argues that based on Plaintiff's allegations, including her request for nonmonetary relief, the amount in controversy is plausibly greater that $75,000. However, none of Defendant's arguments satisfy its burden of showing bad faith, such that Plaintiff's claimed sum no longer controls.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-00136-RGK (MRWx) | Date | February 16, 2018 |
|---|---|---|---|
| Title | *MAYRA ESPINOZA V. WINCO HOLDINGS, INC. et al* | | |

In light of the foregoing, the action is hereby **remanded** to state court for all further proceedings.

**IT IS SO ORDERED.**

:

Initials of Preparer